USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACROVISION CORPORATION,

                       Plaintiff,

      v.

SIMA PRODUCTS CORPORATION, AND
INTERBURN ENTERPRISES, INC.,
                       Defendants.
------------------------------------------------------------X

MEMORANDUM & ORDER
05 Civ. 5587 (RO)

OWEN, District Judge:

    Before the Court is a dispute regarding construction of certain claim terms in plaintiff's United States Patents Nos. 4,695,901 ("the '901 patent") and 6,516,132 ("the '132 patent"). The Court conducted a *Markman* hearing to assist in interpreting the meaning of the claim terms in dispute.

    Determining a patent's meaning may be done by examining the claims, the specification, and the prosecution history. *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995) (en banc), *aff'd*, 517 U.S. 370 (1996). Expert testimony, including evidence of how those skilled in the art would interpret the claims, may also be used. *Id.* Words in a claim will be given their ordinary and accustomed meaning, unless it appears that the inventor used them differently. *Jonsson v. Stanley Works*, 903 F.2d 812 (Fed. Cir. 1990).

    Having carefully considered the patent, the parties' briefs, and the arguments of counsel, the court now construes the disputed claim terms as follows:

(1) In Claim 25 of the '901 patent, "**removing added pulses occurring after normal sync pulses**" means "**removing one or more added pulses such as added AGC pulses and/or added pseudo-sync pulses.**"

1

(2) In Claim 25 of the '901 patent, "**passing the video signal unchanged at other times**" means "**passing at least some portions of the video signal without changes or modifications. This step does not exclude replacing normal sync pulses with normal sync pulses.**"

(3) In the part of Claim 4 of the '901 patent that says "**regenerating the video signal for a given period of time after sensing the sync pulses in a manner attenuating at least some of the AGC pulses,**"

    (a) "**Regenerating**" means "**forming, constructing or creating anew,**" and

    (b) "**Attenuating**" means "**reducing in force, value or amount,**"

(4) In Claim 4 of the '901 patent, "**passing the video signal unchanged at other times**" means "**passing at least some portions of the video signal without changes or modifications. This step does not exclude replacing normal sync pulses with normal sync pulses.**"

(5) In Claim 1 of the '132 patent, "**determining the duration of the color stripe burst**" means "**determining the duration of the color stripe burst, which may include obtaining an average phase signal from the color burst.**"

(6) In Claim 1 of the '132 patent, "**modifying a phase of a selected portion or portions of said duration of the color stripe burst in chosen lines of the selected lines to be the phase of the normal color burst**" means "**modifying the phase of the abnormal color stripe bursts to match normal color bursts.**"

So Ordered.

Dated: October 12, 2006
      New York, New York

                                                          U.S.D.J.